UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUKE WEINSTEIN | : | CIVIL NO. 3:11-CV-1906 |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| AND P. CHRISTOPHER EARLY | : | |
| *Defendants* | : | DECEMBER 9, 2011 |

## NOTICE OF REMOVAL

### TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

1. An action was commenced against the above-captioned Defendants in and for the State of Connecticut Judicial District of Hartford entitled *Luke Weinstein v. University of Connecticut and P. Christopher Earley*, Docket No. HHD-CV-11-6027112-S, bearing a return date of December 20, 2011.

2. The Summons and Complaint was served on the Defendant University of Connecticut (hereinafter "UConn") and P. Christopher Earley in his official capacity on November 14, 2011 by leaving a copy of the summons and complaint at the Office of the Attorney General. Upon information and belief, defendant Earley was served in his individual capacity by abode service on November 15, 2011.

3. In the complaint, the Plaintiff alleges, *inter alia*, that the defendant Earley in Count Three violated his rights pursuant to 42 U.S.C. § 1983 by violating his First Amendment Rights. Count One is pursuant to Conn. Gen. Stat. § 31-51q against UConn; Count Two is pursuant to Conn. Gen. Stat. § 31-51m against UConn; and Count Four is pursuant to state tort

action of Intentional Interference with Advantageous Business Relationship against Defendant Earley.

4.      Based on the allegations of the Complaint, the Plaintiff has brought suit seeking punitive and compensatory damages.

5.      Because it involves federal questions founded on a claim or right arising under the U.S. Constitution, treaties or laws of the United States, over which the District Courts have original jurisdiction, this matter is removable pursuant to Title 28 U.S.C. § 1441(a) through (c).

6.      The Defendants file herewith a copy of the Summons and Complaint which was served upon them.

**WHEREFORE**, pursuant to Title 28 U.S.C. § 1446, the undersigned Defendants respectfully request that the above-referenced action now pending against them in the Superior Court of Connecticut, Judicial District of Hartford, be removed from there to the United States District Court for the District of Connecticut for all future proceedings.

DEFENDANTS,

UNIVERSITY OF CONNECTICUT,
P. CHRISTOPHER EARLEY

GEORGE JEPSEN
ATTORNEY GENERAL

BY:     */s/ Nancy A. Brouillet*
        Nancy A. Brouillet
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel : (860) 808-5340
        Fax: (860) 808-5383
        E-mail : Nancy.Brouillet@ct.gov
        Federal Bar No. ct03138

## CERTIFICATION

I hereby certify that on December 9, 2011 a copy of the foregoing Notice of Removal was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nancy A. Brouillet*_____
Nancy A. Brouillet (# ct03138)
Assistant Attorney General
