# EXHIBIT X

**Jacques Parenteau**

| | |
|---|---|
| **From:** | Chris Earley |
| **Sent:** | Wednesday, April 13, 2011 1:25 PM |
| **To:** | James Marsden |
| **Cc:** | George Plesko; Nancy Toomey; All SB Faculty; All SB Staff; All Program Directors |
| **Subject:** | Re: REVISED Call for nominations ---- SMF addition |

Thanks for the note Jim but no, CCEI is not included because Chris was hired this spring after a national search as the full-time Executive Director. So his term isn't subject to review at this point in time.

Chris

On Apr 13, 2011, at 1:22 PM, James Marsden wrote:

> George – thanks for the updates.  Should the Center for Entrepreneurship and Innovation also be on the list?  If
> I remember correctly, Christopher Levesque was appointed as the Interim Executive Director.  Thanks, Jim
>
> James R. Marsden
> Board of Trustees Distinguished Professor
> Treibick Family Endowed Chair
>
>
> **From:** George Plesko
> **Sent:** Wednesday, April 13, 2011 11:01 AM
> **To:** Nancy Toomey; All SB Faculty; All SB Staff; All Program Directors
> **Subject:** RE: REVISED Call for nominations ---- SMF addition
>
> The Student Managed Fund should also have been listed in the call for Associate Directors.
>
>
> ---------------------------------------------------
> George Plesko
> Associate Dean and Associate Professor
> University of Connecticut School of Business
> 860-486-2317  gplesko@uconn.edu
>
>
> **From:** Nancy Toomey
> **Sent:** Wednesday, April 13, 2011 9:28 AM
> **To:** All SB Faculty; All SB Staff; All Program Directors
> **Subject:** REVISED Call for nominations
>
>
> The following is a REVISED call for nominations.  Numbers 8 and 9 were inadvertently left off the initial call.  My apologies.
> Nancy

Nancy Toomey
Executive Assistant to the Dean
UConn School of Business
860.486.4885
nancy.toomey@business.uconn.edu

**From:** Dean Chris Earley
**Sent:** Monday, April 11, 2011 5:07 PM
**To:** All SB Faculty; All SB Staff; All Program Directors
**Subject:** Call for nominations

Dear Colleagues,

In accordance with procedures for filling administrative positions within the business school, I am soliciting nominations (including self-nominations) for several positions that are either open or whose current incumbents' terms are ending. Current incumbents should feel free to reapply for their current roles, or other ones, if they wish. This process will maintain transparency of appointments and ensure that a wide range of individuals are made aware of ways to get involved in varied school assignments should they so desire. These positions are open to all qualified faculty and staff at the school including the current incumbents if they wish to reapply.

(Note: *The titles of these positions have been changed to address concerns raised by the University's HR department. Formerly titled Executive Directors of Centers and Institutional Programs are now Directors, Directors of Accelerators are now Associate Directors, and Directors of non accelerator academic programs are now Academic Directors.*)

1) Director of CITI

2) Associate Director of SCOPE

3) Academic Director of Online Education

4) Academic Director of MSA

5) Academic Director for BSBA

6) Academic Director of MEM

7) Academic Director of MSFRM

8) Academic Director for MBA

9) Academic Director for BAPM (Business Analytics and Project Management)


Note that the School of Business compensation policy applies to these positions.

If you are interested, please provide Nancy Toomey, **BY MONDAY, APRIL 25** an updated CV and a cover letter expressing your interest and qualification for the position. A review panel consisting of the Associate Deans will make recommendations to the Dean.

Regards,

Chris Earley
Dean, University of Connecticut School of Business
Auran J. Fox Chair in Business