# EXHIBIT XX

University of Connecticut Recruitment and Search Application        Page 1 of 4

  

- Home
- Open Searches
- Initiate Search
- Add New Search Request
- Approve/Edit Existing Search Request
- Interview
- Review/Select Applicants - Unclassified
- Request to Interview - Unclassified
- Review/Select Applicants - Classified
- Hire
- Request to Hire - Unclassified
- Approve Hire - Unclassified
- Finalize Unclassified Hire
- Update Search
- Update Recruitment Contacts
- Update Posting
- Submit Notice of Declined Offer
- Cancel Search
- Tools
- View Searches
- Reports
- Proxies/Search Committees
- View Workflow
- Search Resources

User: Angela J Lambert-Hustus (Unit Head Proxy) 
Search Number: 2011450

( Hide All )

( Hide Search Information )

| Field | Value |
|---|---|
| Search Initiated By: | Angela J Lambert-Hustus |
| Request Date: | 02/25/2011 |
| Search Number: | 2011450 |
| Classified/Unclassified: | Unclassified |
| Search Type: | Audit |
| Number of Positions: | 1 |
| Work Department Number: | 21440AA |
| Work Department Name: | Management Dept |
| Campus/Location: | MBA - Hartford |
| Bargaining Unit/Work Group Affiliation: | AAUP |
| Vacancy Reason: | Resignation |
| Previous Incumbent Name: | Richard Dino |
| Previous Incumbent Salary: | $270,207 |
| Title #1 | Associate Professor in Res11Mo |
| Univ. Title #1 | Assocprof Inres 11Mo |
| Target Salary: | $170,000 Fringe Amount: $119,526 |
| Appointment Type: | End-Date |
| Appointment Term: | 11-Month |
| Proposed Start Date (mm/dd/yyyy): | 03/11/2011 |
| Proposed End Date: | 08/22/2012 |
| Percent Employed: | 100% |
| Search Contact: | Angela J Lambert-Hustus |
| Search Contact Phone Number: | (860) 486-5430 |
| Search Contact Fax Number: | (860) 486-0589 |
| Search Contact Email Address: | angela.lambert@uconn.edu |
| Pos. #60202 FRS #1 | 256501   % of Funding 100 FRS Sal $170,000 FRS Fringe $0 FRS Description CT CTR FOR ENTRPRNR |
| BSRA #: | |
| Tentative Hiring Goals: | Black Male, Black Female, Hispanic Male, Hispanic Female, Other Female |

( Show Qualifications )

( Show Applicant Information )

| | | |
|---|---|---|
| Attachment #1 | Christopher Levesque CV.doc | Open |
| Attachment #2 | Levesque Executive Director of CCEI Offer Letter7.doc | Open |
| Attachment #3 | Executive Director of CCEI Approved FHF Jan 11, 2011.pdf | Open |
| Attachment #4 | Centers Org Chart Feb 25, 2011.pdf | Open |
| Attachment #5 | 2011 450 Offer with HR revisions_RevJG_3-4-11_final.doc | Open |
| Search Initiator Comments: | | |
| Department Head Status: | | |
| Department Head Comments: | | |
| Unit Head Status: | Submitted Applicant Number 117939 to CG - Closed to CG | |
| Unit Head Comments: | This audit is related to search #2011383. Michael Vertefeuille received permission from Dana McGee to hire Mr. Levesque on an audit. Johannah Gorgone tried but was unable to convert the full search over to an audit search, so requested a new search # in RSA for the audit request. Salary is being increased from the initial target salary listing in search #2011383 based on Mr. Levesque's high profile involvement with the business community, corporate contacts and senior level corporate administrative experience. | |
| Funds Available: | Funds Available | |
| Budget Comments: | Approved - funds available per DS 2/28/11 Replaces search 2011383 Approved based on the following conditions: 1. Overall deficit $1.3m. Searches 2011243, 2011394, 2011338 and 2011247 are audit and immigration searches. No additional funds needed. (savings of $1.1m) 2. Karla Fox salary & Fringes totaling $337k will be moved to 4 ledger beginning FY12. 3. Three positions will not be renewed from FY12 onwards(Brady, Weinstein & Gilson) - $426k 2/28/11 db | |
| Provost/VP Status: | Approved | |
| Provost/VP Comments: | To replace search 2011383. ESR Attached - Change in salary approved by Nancy Bull 3.1.11. Approved by Sandy Hong 3.2.11. | |
| ODE Status: | Audit/Waiver Search Approved | |
| ODE Comments: | Request to audit approved by kmm for drm 3/3/11 | |
| ODE Hire Comments: | | |
| HR Status: | Approved | |
| HR Comments: | Search/Offer for Chrislpher Levesque reviewed, revised and approved by Johannah Gorgone. Revised offer letter attached to search application (JG 3-4-11) | |
| Ad Coordinator Status: | Sent to CG | |

University of Connecticut Recruitment and Search Application                    Page 3 of 4

Ad Coordinator
Comments:

[ BACK ]