UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUKE WEINSTEIN : | |
|    Plaintiff : | C.A. NO.: 3:11-cv-01906 (WWE) |
| : | |
| VS. : | |
| : | |
| UNIVERSITY OF CONNECTICUT : | |
| and P. CHRISTOPHER EARLEY : | NOVEMBER 28, 2017 |
|    Defendants : | |

## NOTICE OF APPEAL

Notice is hereby given that LUKE WEINSTEIN, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on November 9, 2017 (Doc. No. 245) against Plaintiff based upon the District Court's Memorandum of Decision granting the Defendants' Renewed Motion for Summary Judgment (Doc. No. 244).

                                                PLAINTIFF,
                                                LUKE WEINSTEIN

                                        By:   s/ Jacques J. Parenteau
                                            Jacques J. Parenteau (CT09771)
                                            Madsen, Prestley & Parenteau, LLC
                                            105 Huntington Street
                                            New London, CT 06320
                                            (860) 442-2466 – Telephone
                                            (860) 447-9206 – Facsimile
                                            Attorneys for the Plaintiff
                                            jparenteau@mppjustice.com

## **CERTIFICATION**

      I hereby certify that on November 28, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


                                          \_\_\_s/_____
                                          Jacques J. Parenteau